O

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

KHACHIK MARJANIAN,                    )      Case No. CV 07-1471-SVW (OP)
11                                     )
                                       )      ORDER ACCEPTING FINDINGS,
12                  Petitioner,        )      CONCLUSIONS, AND
            v.                         )      RECOMMENDATIONS OF
13                                     )      UNITED STATES MAGISTRATE
                                       )      JUDGE
14   JAMES E. TILTON, Warden,          )
                                       )
15                                     )
                  Respondent.          )
16   _____  )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18   file, the Amended Report and Recommendation of the United States Magistrate Judge,

19   and Petitioner's Objections thereto.  The Court has engaged in a de novo review of

20   those portions of the Amended Report and Recommendation to which Petitioner has

21   objected.  The Court accepts the findings and recommendations of the Magistrate

22   Judge,

23   ///

24   ///

25   ///

26

27

28

1    IT IS ORDERED   that Judgment be entered:  (1) accepting this Amended

2 Report and Recommendation; and (2) directing that Judgment be entered denying the

3 Petition and dismissing this action with prejudice.

4

5

6 DATED:  April 16, 2013
HONORABLE STEPHEN V. WILSON
7 United States District Judge

8

9

Prepared by:
10

11

12
HONORABLE OSWALD PARADA
13 United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2